# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JAVIRUS MOORE,

    Plaintiff,

v.                                        Case No. 3:22cv1438-MCR-HTC

WASTE PRO OF FLORIDA, INC.,

    Defendant.

_____/

## **ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 5, 2022 (ECF No. 28). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

Plaintiff's Motion to Determine Fee Amount (ECF No. 21) is GRANTED IN PART and Plaintiff is awarded $1,675 in attorneys' fees.

**DONE AND ORDERED** this 9th day of February 2023.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**